

Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio



# MEMORANDUM OPINION

No. 04-12-00094-CV

Jose Luis **ALARCON**,
Appellant

v.

Manuel **ESPAILLET** and Benigno Espaillat DBA Berkely Shoes,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2002-CVQ-001271
Honorable Jose A. Lopez, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
               Steven C. Hilbig, Justice
               Marialyn Barnard, Justice

Delivered and Filed:  April 25, 2012

DISMISSED FOR LACK OF PROSECUTION

Jose Luis Alarcon seeks to appeal the trial court's judgment signed November 22, 2011. The record was due March 21, 2012, 120 days after the judgment was signed. *See* TEX. R. APP. P. 35.1. On March 19, 2012, the District Clerk of Webb County, Texas, filed a notification stating the clerk's record would not be timely filed because appellant had not paid or made arrangements to pay the clerk's fee to prepare the record and is not entitled to appeal without paying the fee. On March 26, 2012, we ordered appellant to provide written proof to this court on

or before April 5, 2012, that either (1) the clerk's fee has been paid or arrangements had been made to pay the clerk's fee; or (2) he is entitled to appeal without paying the clerk's fee. We cautioned Alarcon that if he failed to file such proof within the time provided, his appeal would be dismissed. *See* TEX. R. APP. P. 37.3(b); 42.3(c). Alarcon has not filed a response to our March 26, 2012 order. Further, on April 9, 2012, the Webb County District Clerk's office notified the court that it had not received payment of the clerk's fee for preparing the record.

We therefore **order** this appeal dismissed for want of prosecution. *See* TEX. R. CIV. P. 37.3(b). We further **order** that appellees recover their costs of this appeal from Jose Luis Alarcon.

PER CURIAM